# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ALFONSO VILLALOBOS,

        Plaintiff,

vs.

CLARK COUNTY DEPARTMENT OF SOCIAL SERVICES,

        Defendant.

2:13-cv-00391-APG-CWH

**ORDER**

This matter is before the Court on Plaintiff's Motion to Shorten Time (#11) and Plaintiff's Motion to Request Case Status (#12), both filed on December 13, 2013.

Plaintiff provides no basis for his request to shorten time. "The failure of a moving party to file points and authorities in support of the motion shall constitute consent to the denial of the motion." Local Rule 7-2(d); *see also* Fed. R. Civ. P. 7(b)(1)(B) ("A request for a court order must be made by motion . . . [and] state with particularity the grounds for seeking the order."). It appears the motion to shorten time ties closely to the request for a status report, which seeks the status of the Plaintiff's pending Application to Proceed *In Forma Pauperis* (#9). Plaintiff's application is under review. An order will issue once Plaintiff's complaint is screened pursuant to 28 U.S.C. § 1915. Accordingly,

      **IT IS ORDERED** that Plaintiff's Motion to Shorten Time (#11) is **denied**.

      **IT IS FURTHER ORDERED** that Plaintiff's Motion to Request Case Status (#12) is **denied as moot** in light of this Order.

Dated: December 19, 2013.

                                                      C.W. HOFFMAN, JR.
                                                      UNITED STATES MAGISTRATE JUDGE