# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALFONSO VILLALOBOS,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CLARK COUNTY SOCIAL SERVICES AGENCY,<br><br>　　　　　　Defendant. | 2:13-cv-00391-RFB-CWH<br><br>**ORDER** |

It has come to the Court's attention that no action has been taken in this case since Plaintiff Alfonso Villalobos filed his Amended Complaint (ECF No. 16) on February 28, 2014. On April 26, 2016, the Clerk of Court entered a notice stating that if no action is taken in this case within 30 days, the Court will enter an order of dismissal for failure to prosecute the case under Local Rule 41-1. (Notice (ECF No. 18).) The Court's notice, which was postmarked on April 26, 2016, was returned to the Court as undeliverable. (Mail Returned as Undeliverable (ECF No. 19).) It therefore appears that the Court does not have Plaintiff's current contact information.

Under Local Rule IA 3-1,

> [a]n attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Given the lapse of time that has occurred since the last activity in this case, the Court will require Plaintiff to file a written status report with the Court stating whether he intends to pursue his claims. Additionally, the written status report must inform the Court of Plaintiff's current contact information. If Plaintiff intends to pursue his claims, the Court will issue a screening order on Plaintiff's Amended Complaint (ECF No. 16).

     IT IS THEREFORE ORDERED that Plaintiff must file a written status report that complies with this order by June 27, 2016. Plaintiff is advised that failure to comply with this order will result in a recommendation that his case be dismissed.

Dated: May 25, 2016.

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE